FILED
APR 27 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MC  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ9113 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C. §§ 952, 960 |
| Cynthia Marie MCCANDLESS, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant duly sworn states:

That on or about April 25, 2020, within the Southern District of California, defendant, Cynthia Marie MCCANDLESS did knowingly and intentionally import 50 grams and more, to wit: approximately 463 grams (1.02 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

1    And the complainant states that this complaint is based on the attached Statement of
2 Facts which is incorporated herein by reference.

                              _____
                              Akeim Guiden, Special Agent
                              Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27TH DAY OF APRIL, 2020.

                              _____
                              HON. RUTH BERMUDEZ MONTENEGRO
                              U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Cynthia Marie MCCANDLESS

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Akeim Guiden.

On April 25, 2020, at approximately 12:15 p.m., Cynthia Marie MCCANDLESS, a United States citizen, entered the United States at the Andrade, California Port of Entry (POE). MCCANDLESS entered through the pedestrian inbound lane. Primary inspection of MCCANDLESS was conducted by Customs and Border Protection Officer (CBPO) M. Mendez. CBPO M. Mendez asked MCCANDLESS to place her purse onto the Rapi-Scan 626XR (X-Ray) machine. During the X-Ray, CBPO M. Mendez observed what appeared to be a large amount of medication bottles in the purse.

CBPO M. Mendez asked CBPO G. Meza for assistance removing the pill bottles which were contained in a large plastic bag. CBPO Mendez asked MCCANDLESS if the medication belonged to her. MCCANDLESS stated that a friend asked her to carry it across for her.

CBPO G. Meza subsequently escorted MCCANDLESS to pedestrian secondary for additional screening. While in pedestrian secondary screening, CBPO G. Meza asked MCCANDLESS if she had anything to declare that might be hidden in her purse or on her person. MCCANDLESS gave a negative declaration.

A Canine Enforcement Officer (CEO) and a Human Narcotics Detection Dog (HNDD) were called in to assist with the search of MCCANDLESS. The HNDD alerted to the body of MCCANDLESS. A second pat down of MCCANDLESS by CBPO G. Meza was

conducted which revealed a bag containing a white crystal-like substance as well as various assorted pills in different bags in MCCANDLESS' bra.

The white crystal-like substance that was removed from MCCANDLESS's bra was field-tested and the results came back positive for the properties of methamphetamine. The white crystal-like substance substance had a combined weight of 463 grams (1.02 pounds). An assortment of pills was also discovered inside bags located in MCCANDLESS's bra. The assorted pills were: 60.2 grams (0.132 pounds) of Carisotrodol; 208.6 grams (0.45 pounds) of Phentermine; 87.8 grams (0.19 pounds) Tramadol; 39.5 grams (0.08 pounds) of Tylenol/Codeine; and 29.6 grams (0.06 pounds) of Xanax. The pills were seized from MCCANDLESS along with $2,565 in United States currency. HSI Special Agents (SA) responded to the Andrade, California POE.

At approximately 3:20 p.m., SA's A. Guiden and A. Schloe took custody of MCCANDLESS at the Andrade POE. SA Guiden advised MCCANDLESS of her Miranda rights in English as well as giving her an English version to read and she agreed to answer questions. During questioning, MCCANDLESS admitted to knowingly attempting to smuggle narcotics into the United States on her person. MCCANDLESS said that she was supposed to have been paid $12,000 USD when the narcotics were delivered to her contact in Reno, Nevada. MCCANDLESS was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance and issued a Notice to Appear dated July 24, 2020 at 10:00 a.m.